# UNITED STATES of America, Plaintiff–Appellee,

v.

## Robert Randall REINHART, Defendant–Appellant.

### No. 98–30547.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 2000.

Josette Louise Cassiere, Asst. U.S. Atty., Shreveport, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Lafayette, LA, for Defendant–Appellant.

Before KING, Chief Judge, and GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

PER CURIAM:

In view of the concession of the United States, in its brief before the en banc court, that Defendant–Appellant Robert Randall Reinhart's action in superimposing a photograph of the face of an identifiable minor on an image of a nude body is not conduct proscribed by 18 U.S.C. § 2251(a)

and that remand for resentencing is hence appropriate, en banc consideration is no longer required and this case is remanded to the panel.